PROB 12C
(7/93)

Report Date: July 14, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Lister                Case Number: 2:10CR02129-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 3/15/2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 132 Days;<br>TSR - 24 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: 3/18/2011 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: 3/17/2013 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>    <u>Nature of Noncompliance</u>

1    **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    **Supporting Evidence**: Mr. Lister has failed to pay his Court ordered $100 special assessment as of June 30, 2011.

    On March 18, 2011, Mr. Lister signed an agreement to pay his Court ordered $100 special assessment by June 1, 2011. As of June 30, 2011, Mr. Lister has failed to pay his special assessment.

2    **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: Mr. Lister has failed to be gainfully employed as of June 30, 2011.

3   **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Lister has failed to obtain a drug and alcohol assessment as directed by June 17, 2011.

Mr. Lister has been reminded on several occasions he is to obtain a drug and alcohol assessment. On June 6, 2011, the defendant was given one last opportunity to comply with this directive to get the assessment done by June 17, 2011. As of June 30, 2011, Mr. Lister has failed to obtain a drug and alcohol assessment as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/14/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

July 15, 2011
Date