PROB 12C
(7/93)

Report Date: August 18, 2011

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: William Lister                Case Number: 2:10CR02129-001

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 3/14/1997

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 132 Days;                Type of Supervision: Supervised Release
                     TSR - 24 Months

Asst. U.S. Attorney: Gregory M. Shogren            Date Supervision Commenced: 3/18/2011

Defense Attorney:    Rick Lee Hoffman              Date Supervision Expires: 3/17/2013

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on July 14, 2011.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Lister tested positive for amphetamine and methamphetamine on July 21, 2011. |
| | This test has been confirmed positive by Alere Toxicology Services, Incorporated. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/18/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
Re: Lister, William
August 18, 2011
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

*October 19, 2011*
Date