PROB 12C
(7/93)

Report Date: October 3, 2012

## United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

OCT 04 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

Name of Offender: William Lister                     Case Number: 2:10CR02129-001 -RMP

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 3/15/2011

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 132 Days; TSR - 24 Months |
| Asst. U.S. Attorney: | Gregory M. Shogren |
| Defense Attorney: | Rick Lee Hoffman |

Type of Supervision: Supervised Release

Date Supervision Commenced: 9/13/2012

Date Supervision Expires: 8/12/2014

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

     1                **Standard Condition #6:** The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

                    **Supporting Evidence:** William Lister changed residence from 2218 N. Wall, Spokane, WA, on/or about September 23, 2012, contrary to the noted condition. He moved to an unknown address, and failed to notify the undersigned officer at least 10 days prior to any change in residence.

                    The undersigned officer received notice by telephone from the offender's girlfriend, Marissa Seaton, on September 27, 2012. The offender lived with his girlfriend since his release from Federal Bureau of Prisons' custody on September 13, 2012, at the north Wall address. Ms. Seaton stated, "William Lister has been gone from the home since Sunday, but as of this date, I have neither seen nor heard from him. He calls occasionally." She further stated, "I have no idea where he is because he refuses to tell me..." The undersigned officer asked Ms. Seaton if the offender caused other problems since his release from custody. Ms. Seaton indicated that the offender departed with a pick-up truck that she had made a $3,000 down payment toward the purchase. Ms. Seaton confirmed that the truck is in the offender's and her name. The undersigned officer asked Ms. Seaton if she had additional information

Prob12C
Re: Lister, William
October 3, 2012
Page 2

relative to the offender. She stated that he must return her truck and that he can no longer reside at the residence. After further discussion, Ms. Seaton advised that the offender could, in fact, return to the home if he would like to. Ms. Seaton denied that the offender had physically abused her since release from custody.

On, September 28, 2012, U.S. Probation Officer Shane Moore established contact with the offender by telephone. At that time, the offender verified that he had, in fact, left the home on September 23, 2012, to avoid an altercation with his girlfriend. The offender stated that he and Ms. Seaton began to argue on Sunday, September 23, 2012. It is noted that the offender did not provide a physical address while in contact with USPO Moore.

On, October 2, 2012, the undersigned officer directed the offender to appear in the U.S. Probation Office immediately. Upon his arrival to the office, he was given an opportunity to provide information surrounding his relationship problems with Ms. Seaton. At that time, the offender stated that he and his girlfriend had engaged in an argument. She was eventually locked out of the home that they both shared, and became upset. According to the offender, Ms. Seaton began to damage the back door to their home while attempting to gain entry. The offender reports that in order to avoid a physical confrontation he departed the residence.

The undersigned officer questioned the offender as to why he failed to make notice of temporary address change as required. The offender stated he did not feel it was necessary to contact his probation officer and provide information surrounding the incident. The undersigned officer asked the offender if there is a record of stay at the motel. He stated that he did not have a receipt reflecting his stay as reported. The offender indicated that the motel owner was familiar with him as his girlfriend had stayed at the same location prior to his release from custody. At this time, the undersigned officer has yet to verify information provided by the offender, specific to his whereabouts and/or stay at the motel.

2   **Special Condition #15:** You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** William Lister violated his conditions of supervised release in Spokane, Washington on October 2, 2012, by failing to report for urinalysis testing at ADEPT. On October 3, 2012, the undersigned officer confirmed that the offender failed to appear as required on the noted date.

3   **Special Condition #14:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** William Lister violated his conditions of supervised release in Spokane, Washington on September 24 , 2012, by failing to participate in a chemical dependancy evaluation. As of October 3, 2012, Mr. Lister has failed to obtain a substance abuse evaluation as directed.

Case 2:10-cr-02129-RMP    Document 121    Filed 10/04/12

Prob12C
Re: Lister, William
October 3, 2012
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 3, 2012

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

Oct 4/ 2012
Date